```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

T.W.,                              :
                                   :
    Plaintiff,                 :
                                   :
v.                                 :    CASE NO. 4:22-CV-7-CDL-MSH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
    Defendant.                 :
_____:

## ORDER

Plaintiff has filed a motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The statute authorizes a court to award fees and expenses to a prevailing party in any civil action "brought by or against the United States . . . unless the court finds the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). Here, Plaintiff is requesting an award of $450.00 in fees and $402.00 in costs. The Commissioner does not oppose the motion.

The Court has reviewed the motion and time sheet and finds the requested hours and hourly rate to be reasonable. The motion for attorney's fees is **GRANTED**. Plaintiff is awarded $450.00 in attorney's fees and $402.00 in costs.

SO ORDERED, this **19th** day of **September, 2022.**

                          S/Clay D. Land
                          CLAY D. LAND
                          UNITED STATES DISTRICT JUDGE